**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 6:16−cr−00067

Donald Plain, Jr

---

**Notice of Resetting**

**A proceeding has been reset in this case as to Donald Plain, Jr as set forth below.**

**BEFORE:**
**Judge John D Rainey**

**PLACE:**
4th Floor Courtroom
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 11/7/2017

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

---

Date: November 2, 2017 David J. Bradley, Clerk